UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-7431

CURTIS BYRD,

Plaintiff - Appellant,

versus

SALISBURY POLICE DEPARTMENT; TOM GRIFFIN,
Officer; RUSTY SAVAGE, Officer,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson Everett Legg, Chief District Judge.
(CA-03-1939-L)

Submitted:  January 30, 2004       Decided:  February 12, 2004

Before WIDENER, WILKINSON, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Curtis Byrd, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Curtis Byrd appeals the district court's order denying relief on his motion to reopen his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Byrd v. Salisbury Police Dep't, No. CA-03-1939-L (D. Md. Sept. 4, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED